UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Infinity Products, Inc., Plaintiff, v. Premier Plastics, LLC, and Prodesign, Inc., Defendants. | Case No.: 00-CV-36 PAM/JGL **<u>STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME IN WHICH TO PLEAD OR OTHERWISE RESPOND</u>** |

Plaintiff Infinity Products, Inc., and Defendants Premier Plastics, LLC, and Prodesign, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time within which Defendants may answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended to February 7, 2000; and

2. The Court may enter the aforesaid extension of time in the form of the Agreed Order below.

Dated: January 24, 2000

**WINTHROP & WEINSTINE, P.A.**

By: [signature]
Christopher W. Madel Reg. No. 230297
Anne M. Lockner Reg. No. 295516
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4430
(612) 347-0700

Attorneys for Plaintiff Infinity Products, Inc.

FILED JAN 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: January 24, 2000

**HINSHAW & CULBERTSON**

By: ______________________

Frank A. Taylor Reg. No. 206155
Patrick A. Reinken Reg. No. 212702
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

Attorneys for Defendants
Premier Plastics, LLC, and Prodesign, Inc.

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which Defendants may answer, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to February 7, 2000.

Dated: January 25, 2000

BY THE COURT:

______________________
Paul A. Magnuson
Chief Judge, United States District Court
District of Minnesota

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100