UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

AMENDED
**ORDER**

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

The above-captioned matter came before the Court for an informal telephone conference on November 2, 2000. Christopher W. Madel, Esq. and Anne M. Lockner, Esq appeared on behalf of Plaintiff. Donald R. McNeil, Esq. and Matthew E. Johnson, Esq. appeared on behalf of Defendant Premier Plastics, L.L.C. Frank A. Taylor, Esq. and Tina A. Syring-Petrocchi, Esq. appeared on behalf of Defendant Prodesign, Inc.

Based on the discussion among the Court and counsel during the telephone conference, the Court hereby postpones the hearing on Plaintiff's Motion to Compel Discovery from Tuesday, November 7, 2000, at 9:00 a.m., to Friday, November 17, 2000, at 2:15 p.m. Further, the Court hereby extends the time period that Plaintiff has to supplement its expert report until January 2, 2001.

**IT IS SO ORDERED.**

Dated: Nov. 6, 2000

Jonathan G. Lebedoff
United States Magistrate Judge

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2263170.1