IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Infinity Products, Inc., | ) | Case No. 00-CV-36 PAM / JGL |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Premier Plastics, L.L.C., and Prodesign, Inc., | ) | |
| Defendants. | ) | |

The above-captioned matter came before the Court for an informal telephone conference on November 2, 2000. Christopher W. Madel, Esq., and Anne M. Lockner, Esq., appeared on behalf of Plaintiff. Donald R. McNeil, Esq., and Matthew E. Johnson, Esq., appeared on behalf of Defendant Premier Plastics, L.L.C. Frank A. Taylor, Esq., and Tina A. Syring-Petrocchi, Esq., appeared on behalf of Defendant Prodesign, Inc.

Based on the discussion among the Court and counsel during the telephone conference, the Court hereby postpones the hearing on Plaintiff's Motion to Compel Discovery from Tuesday, November 7, 2000, at 9:00 a.m., to Friday, November 17, 2000, at 2:15 p.m.

IT IS SO ORDERED.

DATE: Nov 3, 2000

HONORABLE JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

NOV 03 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK