**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

**ORDER TO EXTEND PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT DEADLINE**

Based upon the Joint Stipulation among the parties, this Court orders that Plaintiff Infinity Products, Inc. be allowed to submit its Supplemental Expert Report not more than 14 days after Plaintiff Infinity Products, Inc. receives the compelled discovery responses and documents from Defendant Prodesign, Inc.

Dated this 28 day of Dec., 2000.

Jonathan G. Lebedoff
United States Magistrate Judge

DEC 29 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products, Inc.,

Plaintiff,

vs.

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

Case No.: 00-CV-36 PAM/JGL

**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT DEADLINE**

**WHEREAS,** Plaintiff Infinity Products, Inc. ("Infinity") has asked Defendant Prodesign, Inc. ("Prodesign") to advise it as to when it can expect the documents and discovery responses that this Court ordered be produced to Infinity in its Order of November 27, 2000;

**WHEREAS,** Prodesign has informed Infinity that it has had difficulty in obtaining and producing the necessary documents and discovery responses to comply with the Court's Order of November 27, 2000;

**WHEREAS,** Infinity cannot adequately supplement its Expert Report without the aforementioned documents and discovery responses;

**WHEREAS,** Infinity is currently scheduled to submit its Supplemental Expert Report by January 2, 2001;

**WHEREAS,** the parties have agreed that Infinity shall be allowed to submit its Supplemental Expert Report not more than 14 days after it receives the aforementioned documents and discovery responses;

DEC 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

**THE PARTIES HERETO STIPULATE AND AGREE** that Infinity be allowed to submit its Supplemental Expert Report not more than 14 days after it receives the compelled documents and discovery requests from Prodesign.

**THE PARTIES FURTHER STIPULATE AND AGREE** that the Court may enter the attached Order to Extend Plaintiff's Supplemental Expert Report Deadline at *Exhibit A*.

Dated: December 27, 2000

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ______________________
Christopher W. Madel, #230297
Anne M. Lockner, #0295516

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF INFINITY PRODUCTS, INC.**

Dated: December 21, 2000

**SMITH PARKER, P.L.L.P.**

By: ______________________
Donald R. McNeil, #20084
Matthew E. Johnson, #235945

808 Colwell Building
123 North Third Street
Minneapolis, Minnesota 55401
(612) 344-1400

**ATTORNEYS FOR DEFENDANT PREMIER PLASTICS, L.L.C.**

Dated: December 21, 2000

**HINSHAW & CULBERTSON**

By: ______________________

Frank A. Taylor, #206155
Patrick A. Reinken, #212702

3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, Minnesota 55402
(612) 333-3434

**ATTORNEYS FOR DEFENDANT PRODESIGN, INC.**