UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

**ORDER**

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

The above-captioned matter came before the Court for an informal telephone conference on January 17, 2001. Anne M. Lockner, Esq. appeared on behalf of Plaintiff. Donald R. McNeil, Jr., Esq. appeared on behalf of Defendant Premier Plastics, L.L.C. Frank A. Taylor, Esq. appeared on behalf of Defendant Prodesign, Inc.

Based on the discussion among the Court and counsel during the telephone conference,

**IT IS HEREBY ORDERED** that the Court's Orders of May 3, 2000 and October 24, 2000 shall be modified as follows:

1. The period during which the parties may conduct discovery shall terminate on March 1, 2001.

2. All non-dispositive motions, other than those seeking to amend the pleadings or add parties, shall be filed and served prior to March 1, 2001.

3. All dispositive motions shall be filed prior to April 2, 2001.

4. This case shall be ready for trial on May 1, 2001, at which time the case will be placed on the Court's May trial calendar.

JAN 1 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2270328.1

5. All other provisions of this Court's Orders of May 3, 2000 and October 24, 2000 shall remain in full force and effect.

Dated: JAN. 15, 2001

Jonathan G. Lebedoff
United States Magistrate Judge