UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products,

Plaintiff,

Civ. File No. 00-36 (PAM/JGL)

v.

**ORDER**

Premier Plastics, et al.,

Defendants.

---

This matter is before the Court on Plaintiff's request for a page number extension on its memorandum in opposition to Defendants' Motion for Summary Judgment. The Court grants Plaintiff's request pursuant to Local Rule 7.1(c).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for additional pages is **GRANTED**; and

2. Plaintiff may submit a total of 50 pages in opposition to Defendants' Motion for Summary Judgment.

Dated: April 5, 2001

Paul A. Magnuson
United States District Court Judge

FILED APR 0 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

68