UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products, Inc.,

Civ. File No. 00-36 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

---

This matter is before the Court on Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 37 for alleged "attempt to suborn perjury." The Court held a hearing on the motion on May 4, 2001.

Accordingly, for the reasons stated at the hearing, and upon on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Clerk Doc. No. 73) is **DENIED**.

Dated: May 4, 2001

Paul A. Magnuson
United States District Court Judge

FILED MAY 0 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________