UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products, Inc.,

Civil File No. 00-36 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

---

This matter is before the Court upon Plaintiff's objections to United States Magistrate Judge Jonathan G. Lebedoff's Order dated April 20, 2001. In that Order, Magistrate Judge Lebedoff granted Defendants leave to amend their Answer to assert the statute of frauds as an affirmative defense.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b). Plaintiff argues that the Magistrate Judge ignored the record, the plain language in the Complaint, and the relevant law in concluding that Defendants should have the opportunity to amend their Answer.

This Court has conducted a de novo review of the record in this matter. Based on that review, the Court is satisfied that Magistrate Judge Lebedoff correctly decided the issue before him. Contrary to Plaintiff's representations, there is no indication in the Complaint,

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

explicit or otherwise, that Plaintiff is claiming an oral contract or oral modifications to an existing contract. Moreover, the deposition testimony Plaintiff cites as evincing Plaintiff's intent to claim such oral modifications or contracts does not do so. Finally, while Plaintiff may believe that Indiana law irrefutably supports its position, the law is not as clear as Plaintiff indicates.

Based on review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Objections (Clerk Doc. No. 104) are **DENIED**, and
2. Magistrate Judge Lebedoff's Order (Clerk Doc. No. 100) is **AFFIRMED**.

Dated: May 23, 2001

Paul A. Magnuson
United States District Court Judge