UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products, Inc.,

Civ. File No. 00-36 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

---

This matter is before the Court on Plaintiff's motion for leave to submit the Affidavit of Anne M. Lockner dated 6/7/01 in further support of it's memorandum in opposition to Defendants' motions for summary judgment. The Court grants Plaintiff's motion. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion (Clerk Doc. No. 113) is **GRANTED** and Plaintiff may submit the supporting Affidavit of Anne M. Lockner.

Dated: June 16, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D______
DEPUTY CLERK______