**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| INFINITY PRODUCTS, INC., | ) | Case No. 00-CV-36 PAM/JGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PREMIER PLASTICS, LLC, and | ) | |
| PRODESIGN, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Infinity Products, Inc.'s Motion in Limine No. 7 and for Sanctions came on for hearing on August 27, 2001, before the Honorable Jonathan Lebedoff, United States Magistrate Judge. Defendant Prodesign, Inc. was represented by its attorney, Mark C. Metzger, Esq. Defendant Premier Plastics, LLC was represented by its attorney, Donald R. McNeil, Jr., Esq. Plaintiff Infinity Products, Inc. was represented by its attorney, Christopher W. Madel, Esq. ; Anne Luckner JGL

Based on the arguments of counsel, the submissions of the parties, and all the files, records, and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Plaintiff's Motion in Limine Number 7 and for Sanctions is hereby DENIED in its entirety, and in all respects.

HC26DS4/ 1011/ 26549010.v1 8/27/2001

AUG 27 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 27 day of August, 2001.

By the Court:

The Honorable Jonathan Lebedoff
United States Magistrate Judge