UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Infinity Products, Inc.,

Plaintiff,

v.

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

Civ. File No. 00-36 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Defendant Prodesign, Inc.'s ("Prodesign") Conditional Rule 50 Motion for New Trial or Remittitur. The Court granted Prodesign's motion for judgment as a matter of law and entered judgment in Prodesign's favor. This ruling is being appealed by Plaintiff. It is premature at this stage of the proceedings for the Court to consider at length Prodesign's contentions. The Court will therefore deny Prodesign's motion without prejudice.

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** Defendant Prodesign's Conditional Rule 50 Motion for New Trial or Remittitur (Clerk Doc. No. 188) is **DENIED without prejudice**.

Dated: December 13, 2001

Paul A. Magnuson
United States District Court Judge

DEC 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK