UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

**ORDER**

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

**WHEREAS,** by Order dated January 29, 2002, the United States Court of Appeals for the Eighth Circuit granted Prodesign, Inc.'s Motion for Limited Remand;

**WHEREAS,** in the same Order, the Eighth Circuit granted Infinity Products, Inc. an opportunity to brief the issues raised in Prodesign, Inc.'s Conditional Rule 50 Motion for New Trial or Remittitur;

**WHEREAS,** at this time, Infinity Products, Inc. has not received a complete transcript of the proceedings, which is necessary to respond to Prodesign, Inc.'s motion;

**NOW, THEREFORE,** Infinity Products, Inc.'s response to Prodesign, Inc.'s Conditional Rule 50 Motion for New Trial or Remittitur is due three weeks after receipt of the entire transcript.

**IT IS SO ORDERED.**

Dated: February 22, 2002

Paul A. Magnuson
U.S. District Court Judge

2293800.1

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______