AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Clear Form

District of Minnesota

Infinity Products, Inc.

V.

Premier Plastics, LLC, and Prodesign, Inc.

## BILL OF COSTS

Case Number: 00-CV-36 PAM/JGL

Judgment having been entered in the above entitled action 4/15/2004 (Date) against Prodesign, Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $7,539.44 |
| Fees and disbursements for printing | $149.80 |
| Fees for witnesses (itemize on reverse side) | $25.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $7,714.24 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __________

Signature of [signature]

Name of Attorney: Donald R. McNeil (# 200840)

For: Premier Plastics, LLC (Name of Claiming Party) Date: 5/14/04

Costs are taxed in the amount of __________ and included in the judgment.

Clerk of Court By: Deputy Clerk

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

• AO 133 (Rev. 9/89) Bill of Costs

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Packaging Plus, Inc. | | | | | | | $25.00 |
| | | | | | TOTAL | | $25.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

COLEMAN, HULL & VAN VLIET
A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

KATHERINE M. BERGENTHAL*
STEPHEN F. BUTERIN+
MICHAEL P. COATY*
JEFFREY W. COLEMAN
TIMOTHY R. DUNCAN
ERIC R. HEIBERG
MARK J. HELEY*†
WILLIAM D. HULL
STEVEN R. LITTLE
JOHN A. MARKERT
DONALD R. MCNEIL

ATTORNEYS AT LAW
8500 NORMANDALE LAKE BOULEVARD
SUITE 2110
MINNEAPOLIS, MINNESOTA 55437

(952) 841-0001
FAX (952) 841-0041

Direct Line: (952) 841-0206
dmcneil@chvv.com
***MSBA Board Certified Civil Trial Specialist***

WILLEM F. VAN VLIET
(1924 - 1996)

J.R. TOREN
OF COUNSEL

*ALSO ADMITTED IN WISCONSIN
†ALSO ADMITTED IN NORTH DAKOTA
+ALSO ADMITTED IN MISSOURI


RECEIVED
BY U.S. MAIL
2004 MAY 19 AM 9:22
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 14, 2004

Clerk of the Court
United States Court of Appeals
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

RE: ***Infinity Products, Inc. v. Premier Plastics, LLC, et al.***
Case No. 00-CV-36 PAM/JGL

Dear Sir/Adam:

Enclosed for filing in regard to the above-referenced matter please find the following:

1. Defendant Premier Plastics, LLC's Bill of Costs; and
2. Affidavit of Donald R. McNeil in support of Premier Plastics, LLC's Bill of Costs.

Thank you for your assistance in this matter. By copy of this letter, the same is served by United States Mail upon opposing counsel.

Very truly yours,

COLEMAN, HULL & VAN VLIET, PLLP

Donald R. McNeil

np
Enclosure
cc: Anne M. Lockner
Mark C. Metzger
Brian L. Lindberg