IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Infinity Products, Inc.

Plaintiff,

v.

Premier Plastics, LLC,and
Prodesign, Inc.,

Defendants.

Case No. 00-CV-36 PAM/JGL

**AFFIDAVIT OF DONALD R. MCNEIL IN SUPPORT OF PREMIER PLASTICS, L.L.C.'S BILL OF COSTS**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Donald R. McNeil, being first duly sworn, deposes and states as follows:

1. I am an attorney with the law firm of Coleman, Hull & van Vliet, P.L.L.P., counsel for defendant Premier Plastics, Inc. in connection with the above referenced matter.

2. This affidavit is submitted in support of defendant's Bill of Costs pursuant to 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d).

3. Attached hereto as *Exhibit A* are true and correct copies of the invoices for the fees of the court reporters for transcripts and videographers.

4. Attached hereto as *Exhibit B* are true and correct copies of checks and other documentation evidencing the amounts paid for witness fees.

5. Attached hereto as *Exhibit C* are true and correct copies of invoices related to the preparation of chars, diagrams, and other visual aids necessarily obtained for use as trial exhibits to assist the jury.

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS

FURTHER YOUR AFFIAN SAYETH NOT.

Donald R. McNeil

Subscribed and sworn to before
me this 14 day of May, 2004.

NICOLE L. PIEPER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2008

Exhibit A

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20418

| | | |
|---|---|---|
| Wallin Video Deposi ɔn Company | 05/10/2001 | |
| 210.30 | | 1,017.08 |

| | |
|---|---|
| SBL - MAIN #0 4531.001/Invoice #1186 | 1,017.08 |

151524 (11/00)

EXHIBIT

A

Blumberg No. 5208

*WALLIN Video Deposition Company*
301- 91ST Av NE Mpls. MN 55434
Office 763.786.6097 Fax 763.786.0446

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/13/'01 | 1186 |

| BILL TO |
|---|
| Donald R. McNeil<br>Smith Parker, P.L.L.P.<br>808 Colwell Building<br>123 North Third Street<br>Minneapolis, MN 55401 |

| MAKE CHECK PAYABLE TO |
|---|
| Wallin Enterprises, Inc.<br>301-91st Avenue NE<br>Blaine, MN 55343 |

| TAX I.D. NO. | TERMS |
|---|---|
| 41-1481946 | Net 30 |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | Hours - Video Tape Deposition<br>January 23, 2001<br>Greg Samson, Deponent<br>Darrin Lewis, Deponent<br>Infinity Products vs Premier Plastics & Prodesign | 850.00T |
| 3 | Video Tape Duplications | 105.00T |
| | S&H - N/C | 0.00 |
| | Sales Tax | 62.08 |

REMINDER!
PLEASE PAY :)

Paid 5/10/01
20418
1017.08

| Thank you for your business. | Total | $1,017.08 |
|---|---|---|

# Invoice

*WALLIN Video Deposition Company*
301-91ST Av NE Mpls. MN 55434
Office 763.786.6097 Fax 763.786.0446

| DATE | INVOICE NO. |
|---|---|
| 2/13/'01 | 1186 |

**BILL TO**

Donald R. McNeil
Smith Parker, P.L.L.P.
808 Colwell Building
123 North Third Street
Minneapolis, MN 55401

**MAKE CHECK PAYABLE TO**

Wallin Enterprises, Inc.
301-91st Avenue NE
Blaine, MN 55343

| TAX I.D. NO. | TERMS |
|---|---|
| 41-1481946 | Net 30 |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 10 | Hours - Video Tape Deposition<br>January 23, 2001<br>Greg Samson, Deponent<br>Darrin Lewis, Deponent<br>Infinity Products vs Premier Plastics & Prodesign 45 31.001 | 850.00T |
| 3 | Video Tape Duplications | 105.00T |
| | S&H - N/C | 0.00 |
| | Sales Tax | 62.08 |

POSTED 5/10/01 JW

REMINDER !
PLEASE PAY

| Thank you for your business. | Total | $1,017.08 |
|---|---|---|

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

21215

Wallin Video Productions
210.30/1099

11/13/2001

346.13

PAYMENT RECORD

SBL - MAIN #0 4531.001/Invoice #8386 346.13

164871 (7/01)

WV WALLIN VIDEO PRODUCTIONS
301- 91ST Av NE Mpls. MN 55434
Office 763.433.8900 Fax 763.421.4659

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/18/'01 | 8386 |

| BILL TO |
|---|
| Donald R. McNeil<br>Coleman, Hull & van VLiet,PLLP<br>8500 Normandale Lake Blvd suite 2110<br>Minneapolis, MN 55437 |

| REMIT PAYMENT TO |
|---|
| Wallin Video Productions<br>301-91st Ave NE<br>Blaine, MN 55434 |

| TAX I.D. NO. | TERMS |
|---|---|
| 41-1481946 | Net 30 |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | Hours-Legal Video Tape Editing [Expedited]<br>October 8, 2001 Deposition<br>(no further information provided) | 325.00T |
| | Sales Tax | 21.13 |

POSTED 10/18/01 JW Premier 4531.001

Thank you for your business.

**Total** $346.13

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT 20273

Shirley A. Hosch 04/03/2001
210.30/1099 125.05

SBL - MAIN #0 4531.001/Invoice #1025 125.05

151524 (11/00)

# SHIRLEY A. HOSCH

Professional Freelance Reporter
(Tax ID No. 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)
6559 48th Street North
Oakdale, MN 55128
651-777-0856


POSTED - [initials] 3-15-01 (4531.001)

**INVOICE:** 1025

**TO:** **Donald R. McNeil, Esq.**
Coleman, Hull & Van Vliet, P.L.L.P.
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437

**DATE: 3-9-01**

**In the Matter of:** Infinity Products, Inc.vs. Premier Plastics and Prodesign, Inc.

**Transcript of:** **Ron Lindgron**

| *Job Date* | *Pages* | *Description of Service* | |
|---|---|---|---|
| 3/8/01 | 21 | Orig & One Copy of Transcript, Exhibits and Condensed (including one copy of condensed to the witness $9.25) | $125.05 |

**TOTAL DUE** **$125.05**

**Thank you!**

COLEMAN, HULL & VAN VLIET PLLP MAIN ACCOUNT 20273

Shirley A. Hosch 04/03/2001
210.30/1099 125.05

SBL - MAIN #0 4531.001/Invoice #1025 125.05

151524 (11/00)

ESQUIRE DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES - S.A.**
2100 NORTH BROADWAY SECOND FLOOR
SANTA ANA, CALIFORNIA 92706
(800)888-6949 FAX(714)834-9235
Tax ID # 33-0781435

582761 ESPAS01

| INVOICE NUMBER | DATE |
|---|---|
| 303757 | 03/09/01 |

To: COLEMAN, HULL & VAN VLIET
8500 NORMANDALE LAKE BLVD
SUITE 2110
MINNEAPOLIS, MN 55437

ATTN : DONALD R. MCNEIL

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: OOCV36PAM/JGL | | |
| CAPTION: INFINITY PRODUCTS VS. PREMIER PLASTICS | | |
| SERVICES PROVIDED ON 02/14/01: WAYNE WHITNEY | 510.00 | O+1 |
| COD CHARGES & HANDLING | 30.00 | |
| EXHIBITS | 29.75 | |
| DEPO SENT COD (FOR YOUR FILE) | | |
| TOTAL | 569.75 | |

POSTED 4-17-01 Premier Plastics

Thank You!

**CHECK REQUEST**

Dated: 3-12-2001

Initials of Attorney and Person Requesting Check DRM:ck

Type of Check: Regular Account X Office Account ____

Trust Account ____ **Posted to T/A Ledger ____**

Payee: ESQUIRE DEPOSITION SERVICES

Amount: $ 569.75 (C.O.D.)

Address: ____

Client File Number: 4531.001

Client File Name: PREMIER PLASTICS

Description of the Purpose of the Check: DEPOSITION TRANSCRIPT

In this item a chargeable client or partner expense or disbursement?

Yes X No ____

If "Yes," has it been posted to the Client Cost Journal?

Yes X No ____

**PLEASE REMEMBER TO POST!**

**THE CHECK REQUEST PREPARER IS RESPONSIBLE FOR POSTING CLIENT EXPENSES AND DISBURSEMENTS TO THEIR CLIENT COST JOURNAL**

Revised: 10/30/00

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20348

Shirley A. Hosch

210.30/1099

04/26/2001

325.98

SBL - MAIN #0 4531.001/Invoice #1028

325.98

151524 (11/00)

# SHIRLEY A. HOSCH

Professional Freelance Reporter
(Tax ID No. 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)
6559 48th Street North
Oakdale, MN 55128
651-777-0856


**INVOICE:** 1028

**TO:** **Donald R. McNeil, Esq.**
Coleman, Hull & Van Vliet, P.L.L.P.
8500 Normandale Boulevard
Suite 2110
Minneapolis, Minnesota 55437

**DATE: 3-26-01**

**In the Matter of:** **Infinity Products, Inc. vs. Premier Plastics and Prodesign**

**Transcript of:** **Kenneth Ritterspach**

| *Job Date* | *Pages* | *Description of Service* | |
|---|---|---|---|
| 3/15/01 | 103 | Original and two copies of Transcript split ½ with Mr. Taylor, Exhibits and condensed | $ 325.98 |

**TOTAL DUE** **$ 325.98**

**Thank you!**

POSTED
vc
3-28-01
Premier
4531.001

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20218

Olmsted & Associate Ltd 03/22/2001

210.30/1099 1,040.57

SBL - MAIN #0 4531.001/Invoice #7260 1,040.57

151524 (11/00)

TEMENTS
OSITIONS
RINGS
ITRATIONS

Olmsted & Associates, Ltd.,
402 East Mishawaka Ave.,
Mishawaka, IN 46545
800-439-4478
(219)256-5400
FAX (219)256-5800
e-mail Olmsted800@aol.com

VIDEO EXPERTS
VIDEO CONFERENCING
TELE-CONFERENCING
CONFERENCE ROOMS

# Facsimile Cover Sheet

**To:** DONALD R. McNEIL
**Company:** COLEMAN, HULL & van VLIET, LLP
**Phone:** 952-841-0001
**Fax:** 952-841-0041

**From:** Brenda Garrison
**Company:** O&A
**Phone:** see above
**Fax:**

**Date:** 03/08/2001
**Pages including this cover page:** 3

**Comments:** INVOICE FOR DEPS ON 2/27 & 28/01

SPECIAL COMMISSIONER
UNITED STATE DISTRICT COURT
•
NOTARY PUBLIC
•
CERTIFICATE OF MERIT

MEMBER:
UNITED STATES COURT REPORTERS ASSOCIATION
NATIONAL COURT REPORTER ASSOCIATION
INDIANA/MICHIGAN SHORTHAND REPORTER ASSOCIATIONS

Olmsted & Associates, Ltd.
402 E. Mishawaka Ave.,
Mishawaka, IN 46545
TAX I.D. # 35-1924065
800-439-4478

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/08/2001 | 7260 |

| BILL TO |
|---|
| COLEMAN, HULL & vAN VLIET, PLLP<br>ATTN: DONALD McNEIL<br>8500 NORMANDALE LAKE BLVD.,<br>STE. 2110<br>MINNEAPOLIS, MN 55437 |

| TERMS | DUE DATE | REP | CLASS |
|---|---|---|---|
| 10%- 15 DAYS | 03/22/2001 | CAO | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2/27 & 28/01 VIDEO DEPS OF MICHAEL TOAL, RICHARD GRISE, STEVEN HAINES, DAVID GORDON | | | |
| TOAL | | | |
| ONE COPY | 179 | 2.00 | 358.00 |
| EXHIBITS-PER SIDE | 48 | 0.35 | 16.80 |
| | 27 | 0.56 | 15.12 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| GRISE | | | |
| ONE COPY | 55 | 2.00 | 110.00 |
| EXHIBITS-PER SIDE | 18 | 0.35 | 6.30 |
| | 27 | 0.56 | 15.12 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| HAINES | | | |
| ONE COPY | 179 | 2.00 | 358.00 |
| EXHIBITS-PER SIDE | 44 | 0.35 | 15.40 |
| | 8 | 0.56 | 4.48 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| GORDON | | | |
| ONE COPY | 109 | 2.00 | 218.00 |
| EXHIBITS-PER SIDE | 43 | 0.35 | 15.05 |
| | 7 | 0.56 | 3.92 |

Interest of 1.5% monthly will be applied to amount total
if invoice is not paid within 30 days of due date

**Total**

Olmsted & Associates, Ltd.
402 E. Mishawaka Ave.,
Mishawaka, IN 46545
TAX I.D. # 35-1924065
800-439-4478

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/08/2001 | 7260 |

| BILL TO |
|---|
| COLEMAN, HULL & vAN VLIET, PLLP<br>ATTN: DONALD McNEIL<br>8500 NORMANDALE LAKE BLVD.,<br>STE. 2110<br>MINNEAPOLIS, MN 55437 |

POSTED- [initials] 3-15-01 4531.001

| TERMS | DUE DATE | REP | CLASS |
|---|---|---|---|
| 10%- 15 DAYS | 03/22/2001 | CAO | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| DELIVERY CHARGE | | 20.00 | 20.00 |

10% off inv if
pymt recv'd by 3-22-01
= $ 1,040.57 due by ↑

Interest of 1.5% monthly will be applied to amount total
if invoice is not paid within 30 days of due date

**Total** $1,156.19

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20188

Olmsted & Associates Ltd
210.30/1099

03/15/2001

1,752.25

4531.001

SBL - MAIN #0 1752.25/Invoice #7255

1,752.25

151524 (11/00)

EMENTS
OSITIONS
RINGS
ITRATIONS

Olmsted & Associates, Ltd.,
402 East Mishawaka Ave.,
Mishawaka, IN 46545
800-439-4478
(219)256-5400
FAX (219)256-5800
e-mail Olmsted800@aol.com

VIDEO EXPERTS
VIDEO CONFERENCING
TELE-CONFERENCING
CONFERENCE ROOMS

# Facsimile Cover Sheet

**To:** DONALD McNEIL
**Company:** COLEMAN, HULL & van VLIET, PLLP
**Phone:** 952-841-0206
**Fax:** 952-841-0041

**From:** Brenda Garrison
**Company:** O&A
**Phone:** see above
**Fax:**

**Date:** 03/02/2001
**Pages including this cover page:** 3

**Comments:**

SPECIAL COMMISSIONER
UNITED STATE DISTRICT COURT
•
NOTARY PUBLIC
•
CERTIFICATE OF MERIT

MEMBER:
UNITED STATES COURT REPORTERS ASSOCIATION
NATIONAL COURT REPORTER ASSOCIATION
INDIANA/MICHIGAN SHORTHAND REPORTER ASSOCIATIONS

Olmsted & Associates, Ltd.
402 E. Mishawaka Ave.,
Mishawaka, IN 46545
TAX I.D. # 35-1924065
800-439-4478

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/02/2001 | 7255 |

| BILL TO |
|---|
| COLEMAN, HULL & vAN VLIET, PLLP<br>ATTN: DONALD McNEIL, ESQ.,<br>8500 NORMANDALE LAKE BLVD.,<br>STE. 2110<br>MINNEAPOLIS, MN 55437 |

| TERMS | DUE DATE | REP | CLASS |
|---|---|---|---|
| 10%- 15 DAYS | 03/26/2001 | CAO | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2/19/01 VIDEO DEPOSITION OF SHERRY GRISE & MICHAEL TOAL | | | |
| INFINITY PRODUCTS, INC., VS. PREMIER PLASTICS, LLC AND PRODESIGN, INC., | | | |
| ORD. EXP. | | | |
| SHERRY GRISE | | | |
| EXPIEDTED COPY OF TRANSCRIPT | 107 | 2.50 | 267.50 |
| EXHIBITS-PER SIDE | 97 | 0.35 | 33.95 |
| | 27 | 0.56 | 15.12 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| MICHAEL TOAL | | | |
| EXPIEDTED COPY OF TRANSCRIPT | 170 | 2.50 | 425.00 |
| EXHIBITS-PER SIDE | 7 | 0.35 | 2.45 |
| | 3 | 0.56 | 1.68 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| 2/20/01 VIDEO DEP OF: KEVIN GIPSON | | | |
| EXPIEDTED COPY OF TRANSCRIPT | 185 | 2.50 | 462.50 |
| EXHIBITS-PER SIDE | 1 | 0.35 | 0.35 |
| | 1 | 0.56 | 0.56 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| 2/20/01 MERL J. COLBERT | | | |
| EXPIEDTED COPY OF TRANSCRIPT | 62 | 2.50 | 155.00 |

Interest of 1.5% monthly will be applied to amount total if invoice is not paid within 30 days of due date

**Total**

Olmsted & Associates, Ltd.
402 E. Mishawaka Ave.,
Mishawaka, IN 46545
TAX I.D. # 35-1924065
800-439-4478

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/02/2001 | 7255 |

| BILL TO |
|---|
| COLEMAN, HULL & vAN VLIET, PLLP<br>ATTN: DONALD McNEIL, ESQ.,<br>8500 NORMANDALE LAKE BLVD.,<br>STE. 2110<br>MINNEAPOLIS, MN 55437 |

POSTED -00 3-5-01 (premier plastics) 4531.001 $1752.25

| TERMS | DUE DATE | REP | CLASS |
|---|---|---|---|
| 10%- 15 DAYS | 03/26/2001 | CAO | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| EXHIBITS-PER SIDE | 1 | 0.35 | 0.35 |
| | 1 | 0.56 | 0.56 |
| 2/21/01-RICHARD GRISE VIDEO | | | |
| EXPIEDTED COPY OF TRANSCRIPT | 203 | 2.50 | 507.50 |
| EXHIBITS-PER SIDE | 49 | 0.35 | 17.15 |
| | 13 | 0.56 | 7.28 |
| LITIGATION SUPPORT-MINI-SCRIPT | 1 | 0.00 | 0.00 |
| ASCII DISKETTE FILE | 1 | 0.00 | 0.00 |
| EXHIBITS SHIPPED NEXT DAY AIR-9 LBS | | | |
| DELIVERY CHARGE | | 50.00 | 50.00 |

10% off inv if 3-17-01 pymt recv'd by ~~3-26-01~~
= $1,752.25 due by 3-17

Interest of 1.5% monthly will be applied to amount total if invoice is not paid within 30 days of due date

**Total** $1,946.95

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20210

Aimco Court Reportir Services

03/22/2001

210.30/1099

243.75

SBL - MAIN #0 4531.001/Invoice #1065

243.75

151524 (11/00)

*AIMCO COURT REPORTING SERVICES*
*1249 Washington Boulevard*
*3040 Book Tower Building*
*Detroit, Michigan 48226*
*(313) 963-2880*
*(313) 963-3016 Fax*
*Fed ID# 38-3413360*

RECEIVED
FEB 28 2001

February 26, 2001

Invoice No: 1065

Donald McNeil, Esquire
8500 Normandale Lake Blvd., Ste. 2110
Minneapolis, Minnesota 55437

RE: Infinity Products, Inc. v.
Premiere Plastics & Prodesign, Inc.
Case No: 00-CV-36

COPY RATE OF TRANSCRIPT

Attendance of Reporter Annette D. Collins at the Marriott DTW Hotel in Romulus, Michigan on Thursday, February 22, 2001, Room 126.

Video Deposition held of Charles DeBeau.

Total Amount Due: $243.75

Amount Due After 30 Days: $268.12

POSTED
2-28-01
4531.001
Premier

THANK YOU

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT 20152

Twin West Reporting LLC 03/08/2001

210.30 /1099 238.75

SBL - MAIN #0 4531.001/Invoice #212 238.75

151524 (11/00)

February 19, 2001

Mr. Donald R. McNeil
Coleman, Hull & Van Vliet, PLLP
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437

**Invoice Number**
**212**

**Description of services** Re: Infinity Products vs. Premier Plastics - For one copy of the deposition of LISA K. NAATZ held on 2/13/01.

Reference

RECEIVED FEB 20 2001

| | |
|---|---|
| ASCII file | -Naatz- |
| Condensed Transcript | -Naatz- |
| Delivery Charge | -Naatz- |
| Exhibit Copies | -Naatz- |
| Read & Sign | -Naatz- |
| Your Copy - A | -Naatz- |

**Invoice total:** **$238.75**

* * *

PLEASE MAKE CHECK PAYABLE TO: TWIN WEST REPORTING, LLC

FEDERAL IDENTIFICATION NUMBER: 41-1990188

Send payment to:

Twin West Reporting, LLC
326 South Broadway #218
Wayzata, Minnesota 55391

(phone) 952.449.4884
(fax) 952.476.9207
myrina@myrina.com

POSTED 2-20-01
4531.001
Premier Plastics

THANK YOU FOR THE OPPORTUNITY TO PROVIDE OUR SERVICES!
(Payment due 30 days from date of invoice.)

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20209

Shirley A. Hosch
110.01/1099

03/22/2001

954.70

SBL - MAIN #0 4531.001/Invoice #1021

954.70

151524 (11/00)

**SHIRLEY A. HOSCH**
Professional Freelance Reporter
(Tax ID No. 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)
6559 48th Street North
Oakdale, MN 55128
651-777-0856

RECEIVED FEB 26 2001

**INVOICE**: 1021

**TO**: Donald R. McNeil, Esq.
Coleman, Hull & van Vliet, P.L.L.P.
8500 Normandale Boulevard
Suite 2110
Minneapolis, Minnesota 55437
952-841-0206

DATE: 2-26-01

**In the matter of:** Infinity Products, Inc. vs. Premier Plastics and Prodesign

**Transcript of**: Craig Smith

| Job Date | Pages | Description of Service | |
|---|---|---|---|
| 2/15/01 | 303 | Orig. & two copies of Transcript Rush split 1/2 with Mr. Taylor, Exhibits, Condensed and certified questions | $ 954.70 |

**TOTAL DUE** **$ 954.70**

**Thank you!**

POSTED 2-27-01 Premier Plastics.001 4531.001

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT 20128

-Shirley A. Hosch 03/01/2001

210.30/1099 640.43

SBL - MAIN #0 4531.001/Invoice #1016 640.43

151524 (11/00)

**SHIRLEY A. HOSCH**
Professional Freelance Reporter
(Tax ID No. 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)
6559 48th Street North
Oakdale, MN 55128

**INVOICE**: 1016

**TO**: Donald R. McNeil, Esq.
Smith Parker, P.L.L.P.
808 Colwell Building
123 North Third Street
Minneapolis, Minnesota 55401

DATE: 2-5-01

RECEIVED
FEB - 9 2001

**In the matter of**: Infinity Products, Inc., vs. Premier Plastics, L.L.C., and Prodesign, Inc.

**Transcript of**: Greg Samson (232 pgs.) Deron Lewis (76 pgs.)

| Job Date | Pages | Description of Service | |
|---|---|---|---|
| 1/23/01 | 308 | Orig and One Copy of Transcripts, Exhibits, Certified Questions, Condensed @ 1/2 (Split with Mr. Taylor $1280.85) | $ 640.43 |

**TOTAL DUE** **$ 640.43**

**Thank you!**

POSTED
2-9-01
4531.001
Premier

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT

20116

Esquire Deposition [illegible]rvices 02/27/2001
210.30 285.00

SBL - MAIN #0 4531.001/Depo Transcript 285.00

151524 (11/00)

# CHECK REQUEST

Dated: 2-26-01

Initials of Attorney and Person Requesting Check DRM-pp

Type of Check: Regular Account X Office Account ______

Trust Account ______ **Posted to T/A Ledger** ______

Payee: Esquire Deposition Services

Amount: $ 285.00 C.O.D.

Address: ______

Client File Number: Premier Plastics

Client File Name: 4531.001

Description of the Purpose of the Check: Video Depo Transcript

In this item a chargeable client or partner expense or disbursement?

Yes X No ______

If "Yes," has it been posted to the Client Cost Journal?

Yes X No ______

PLEASE REMEMBER TO POST!

**THE CHECK REQUEST PREPARER IS RESPONSIBLE FOR POSTING CLIENT EXPENSES AND DISBURSEMENTS TO THEIR CLIENT COST JOURNAL**

Revised: 12/22/99

ESQUIRE™ DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES - S.A.**
2100 NORTH BROADWAY SECOND FLOOR
SANTA ANA, CALIFORNIA 92706
(800)888-6949 FAX(714)834-9235
Tax ID # 33-0781435

582760 CONF 01

| INVOICE NUMBER | DATE |
|---|---|
| 303090 | 02/22/01 |

To: COLEMAN, HULL & VAN VLIET
8500 NORMANDALE LAKE BLVD
SUITE 2110
MINNEAPOLIS, MN 55437

ATTN : DONALD R. MCNEIL

Due upon receipt.

YOUR REFERENCE NUMBER: OOCV36PAM/JGL

CAPTION: INFINITY PRODUCTS VS. PREMIER PLASTICS

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 02/14/01: | | |
| VIDEO SERVICES | 265.00 | |
| WAYNE WHITNEY | | |
| COD CHARGES & HANDLING | 20.00 | |
| TOTAL | 285.00 | Thank You! |

SENT COD
(FOR YOUR FILE)

**TERMS: NET DUE UPON RECEIPT ***VISA, MASTERCARD, AMERICAN EXPRESS ACCEPTED****

Please detach and send with payment

Remit To:

**ESQUIRE DEPOSITION SERVICES**
2100 NORTH BROADWAY
SECOND FLOOR
SANTA ANA,CA 92706
Tax ID # 33-0781435

JOB #: 582760 TOTAL: $285.00
INVOICE #: 303090 SA
DATE: 02/22/01

COLEMAN, HULL & VAN VLIET
Attn: DONALD R. MCNEIL
8500 NORMANDALE LAKE BLVD
SUITE 2110
MINNEAPOLIS, MN 55437

ESQUIRE™ DEPOSITION SERVICES
A Record Of Excellence

Exhibit B

COLEMAN, HULL & VAN VLIET, PLLP / MAIN ACCOUNT 20212

Packaging Plus, Inc. 03/22/2001

210.30 25.00

SBL - MAIN #0 4531.001/Witness Fee 25.00

151524 (11/00)

EXHIBIT

Blumberg No. 5208

B

## CHECK REQUEST

Dated: 3-22-01

Initials of Attorney and Person Requesting Check DRM/lk

Type of Check: Regular Account ✓ Office Account ______

Trust Account ______ **Posted to T/A Ledger** ______

Payee: Packaging Plus, Inc.

Amount: $ 25.00

Address: ______

Client File Number: 4531.001

Client File Name: Premier

Description of the Purpose of the Check: Witness Fee

In this item a chargeable client or partner expense or disbursement?

Yes ✓ No ______

If "Yes," has it been posted to the Client Cost Journal?

Yes ✓ No ______

**PLEASE REMEMBER TO POST!**

**THE CHECK REQUEST PREPARER IS RESPONSIBLE FOR POSTING CLIENT EXPENSES AND DISBURSEMENTS TO THEIR CLIENT COST JOURNAL**

Revised: 04/25/00

Exhibit C

**DOCUMENTS ON DEMAND**

# 101352

Remit to:
MHC Companies, Inc.
P.O. Box 1749 • Burnsville, MN 55337

## Coleman Hull & Van Vliet

8500 Normandale Lk. Blvd. • Minneapolis Mn. 55437

4531.001 Premier

Invoice Date: Monday, Oct 15 2001
Account Manager: Nicole Conzemius
Matter Number: 1
Ordered By: Don McNeil

| Item Description | Item Cost Per | Number of Units | Item Charge |
|---|---|---|---|
| blow up and mount | $50.000 | 1 | $50.00 |
| color blow up and mount | $90.000 | 1 | $90.00 |

POSTED
10-17-01
Premier 4531.001

Sub Total: $140.00 Tax: $9.80 **Invoice Total: $149.80**

Signature: ______________________ Date: ______________

Terms: Net cash 7 days. A finance charge will be added to accounts over 30 days past due.

MHC COMPANIES
Making Good Companies Better
Phone: (952) 882-0884 • Fax (952) 882-0484
11900 Portland Avenue South
P.O. Box 1749
Burnsville, Minnesota 55337

Phone: (612) 332-6895 • Fax (612) 332-8498
100 South Fifth Street, Suite 100
Fifth Street Towers
Minneapolis, Minnesota 55402
DOCUMENTS ON DEMAND

Blumberg No. 5208
EXHIBIT
C