00-cv-36

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE VIA UNITED STATES MAIL**

Nicki Pieper of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 18th day of May, 2004, she served the annexed

- Defendant Premier Plastics, LLC's Bill of Costs, and
- Affidavit of Donald R. McNeil in Support of Premier Plastics, LLC's Bill of Costs.

on the following:

Brian L. Lindberg
Hinshaw & Culbertson
222 S. 9th Street
3100 Piper Jaffray Tower
Minneapolis, MN 55402

Mark C. Metzger
Hinshaw & Culbertson
4343 Commerce Court
Suite 415
Lisle, IL 60532

Anne M. Lockner
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015

by mailing to her a copy thereof, enclosed in an envelope, postage prepaid, depositing the same in the post office at Bloomington, Minnesota, addressed to said attorney at her last known address.

Nicki Pieper
Nicki Pieper

Subscribed and sworn to before me
this 18th day of May, 2004.

Laura Lee Hutchison
Notary Public

LAURA LEE HUTCHISON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2008

SCANNED
MAY 19 2004
U.S. DISTRICT COURT MPLS