UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

**PLAINTIFF INFINITY PRODUCTS, INC.'S OBJECTIONS TO PREMIER PLASTICS, LLC'S BILL OF COSTS**

Plaintiff Infinity Products, Inc. objects to Premier Plastics, LLC's Bill of Costs as follows:

1. Exhibit A contains an invoice in the amount of $125.05 for the transcript of Ron Lindgron. There was, however, no deposition of Mr. Lindgron in this matter or, if there was, Infinity never received notice of it.

2. Exhibit A contains an invoice in the amount of $243.75 for the transcript of Charles DeBeau. This witness was never offered at trial.

3. Exhibit A contains an invoice in the amount of $238.75 for the transcript of Lisa K. Naatz. This witness was never offered at trial.

4. Exhibit B contains an invoice in the amount of $25.00, purportedly for a witness fee, but the payee is Packaging Plus, Inc. There was no such witness in this case.

Dated: May 24, 2004

s/Anne M. Lockner

Anne M. Lockner
Bar Number 0295516
Attorney for Plaintiff Infinity Products, Inc.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
amlockner@rkmc.com