UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: 00-CV-36 PAM/JGL

Infinity Products, Inc.,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

I hereby certify that on May 24, 2004, I caused the following document(s):

**Plaintiff Infinity Products, Inc.'s Objections to Premier Plastics, LLC's Bill of Costs**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Brian L. Lindberg, Esq. blindberg@hinshawlaw.com
Hinshaw & Culbertson
222 South Ninth Street
Suite 3100
Minneapolis, MN 55402
Counsel for Defendant Prodesign, Inc.

Donald R. McNeil, Jr., Esq. dmcneil@chvv.com
Coleman, Hull & Van Vliet
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
Counsel for Defendant Premier Plastics, LLC

I further certify that I caused a copy of the foregoing document(s) and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant(s):

Mark C. Metzger, Esq.
Hinshaw & Culbertson
4343 Commerce Court
Suite 415
Lisle, Illinois 60532-1099
Counsel for Defendant Prodesign, Inc.

May 24, 2004

s/Anne M. Lockner

Anne M. Lockner
Bar Number 0295516
Attorney for Plaintiff Infinity Products, Inc.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
amlockner@rkmc.com