# TAXATION OF COSTS SUMMARY

Civil No. 00-36 (PAM/JGL)

Infinity Products, Inc.,

v.

Premier Plastics, LLC, and
Prodesign, Inc.

---

I. Fees of the Clerk

Claimed $150.00 Allowed $150.00

II. Fees for Service of Summons and Subpoena

Claimed $1,059.19 Allowed $0

Fees of private process server not authorized under 28 U.S.C. § 1920.

III. Fees of the Court Reporter

Claimed $11,325.12 Allowed $9,039.02

Video depositions in addition to deposition transcripts for Greg Sampson, Darrin Lewis, Kevin Gipson, Merl J. Colbert, Richard Grise, Michael P. Toal, Steven Haines and David Gordon, not shown to be necessarily obtained for use in the case.

IV. Fees for Witnesses

Claimed $191.00 Allowed $191.00

V. Fees for Exemplification and Copies

Claimed $1,306.86 Allowed $1,306.86

IV. Docket Fees Under 28 U.S.C. § 1923

Claimed $20.00 Allowed $20.00

**TOTAL ALLOWED: $10,706.88**

Dated: July 12, 2004