**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Infinity Products, Inc.,

Plaintiff, Civil No. 00-36 (PAM/JGL)

v.

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $7,539.44 | $6,931.69 |
| Fees and Disbursements for Printing | $149.80 | $149.80 |
| Fees for Witnesses | $25.00 | $0 |
| TOTAL: | $7,714.24 | $7,081.49 |

Costs, therefore, are taxed in the sum of Seven Thousand Eighty-One and 49/100 Dollars ($7,081.49) in favor of Defendant Premier Plastics, LLC, and against Plaintiff Infinity Products, Inc., and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 12, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk