**TAXATION OF COSTS SUMMARY**

Civil No. 00-36 (PAM/JGL)

Infinity Products, Inc.,

v.

Premier Plastics, LLC, and
Prodesign, Inc.

---

I. Fees of the Court Reporter

Claimed $7,539.44 Allowed $6,931.69

Deposition transcripts of Ron Lindgron, Charles DeBeau and Lisa K. Naatz not shown to be necessarily obtained for use in the case.

II. Fees and Disbursements for Printing

Claimed $149.80 Allowed $149.80

III. Fees for Witnesses

Claimed $25.00 Allowed $0

Insufficient documentation of witness fee.

**TOTAL ALLOWED: $7,081.49**

Dated: July 12, 2004