**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Infinity Products, Inc.,

Plaintiff, Civil No. 00-36 (PAM/JGL)

v.

Premier Plastics, LLC, and
Prodesign, Inc.,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees for Service of Summons and Subpoena | $1,059.19 | $0 |
| Fees of the Court Reporter | $11,325.12 | $$9,039.02 |
| Fees for Witnesses | $191.00 | $191.00 |
| Fees for Exemplification and Copies | $1,306.86 | $1,306.86 |
| Docket Fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| TOTAL: | $14,052.17 | $10,706.88 |

Costs, therefore, are taxed in the sum of Ten Thousand Seven Six and 88/100 Dollars ($10,706.88) in favor of Plaintiff Infinity Products, Inc., and against Defendant Prodesign, Inc., and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 12, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk