**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Infinity Products Inc
Plaintiff,

v. 00cv36 PAM/JGL

Premier Plastics LLC, et al

Defendant.

**NOTICE OF INTENT TO DESTROY MODELS, DIAGRAMS, EXHIBITS AND DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Deborah Bell in the office of the Clerk of U.S. District Court at 612-664-5041.

RICHARD D. SLETTEN, CLERK

DATED: August 19, 2004

BY: s/Suzanne M. Ruiz
Calendar Clerk to the
Hon. Senior Judge Paul A. Magnuson

Filed__________
Richard D. Sletten
Judgment Ent'd.__________
Deputy Clerk's Initials

SCANNED
AUG 20 2004
U.S. DISTRICT COURT MPLS