**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Infinity Products, Inc.,
Plaintiff,

vs.

Premier Plastics, LLC, and Prodesign, Inc.,

Defendants.

Case No.: 00-CV-36 PAM/JGL

**NOTICE OF SATISFACTION AND RELEASE OF JUDGMENT**

Plaintiff Infinity Products, Inc., by and through its undersigned counsel, hereby certifies that the Judgment entered by this Court on April 15, 2004, in favor of Plaintiff Infinity Products, Inc. and against Defendant Prodesign, Inc. for the amount of $36,313 has been fully satisfied, which amount is received and accepted in full payment and satisfaction of the Judgment, including interest and costs. The office of the Clerk of this Court is hereby authorized and directed to enter this Notice of Satisfaction and Release of Judgment on the judgment docket.

Dated: June 23, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: s/Christopher W. Madel
Christopher W. Madel, #230297
Anne M. Lockner, #0295516

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF INFINITY PRODUCTS, INC.

MP3 20136258.1